TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00714-CR






Stephen Winnicki, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT

NO. 95-092-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING





M E M O R A N D U M O P I N I O N


 Stephen Winnicki pleaded guilty to the offense of credit card abuse. See
Tex. Penal Code Ann. § 32.31 (West Supp. 2007). The district court assessed punishment at
two years' confinement in state jail and a $2,500 fine but suspended imposition of the sentence and
placed Winnicki on community supervision for five years. The State subsequently filed a motion
to revoke probation, alleging that Winnicki violated the terms and conditions of his probation. At
a hearing on the State's motion to revoke, Winnicki pleaded true to the violations alleged. The
district court sentenced Winnicki to 24 months' confinement in state jail.

 Appellant's court-appointed attorney has filed a motion to withdraw and a brief
concluding that the appeal is frivolous and without merit. The brief meets the requirements of
Anders v. California, 386 U.S. 738 (1967), by presenting a professional evaluation of the
record demonstrating why there are no arguable grounds to be advanced. See also Penson v. Ohio,
488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State,
516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d 553 (Tex. Crim. App. 1972);
Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's
brief and was advised of his right to examine the appellate record and to file a pro se brief. No pro
se brief has been filed.

 We have reviewed the record and counsel's brief and agree that the appeal is frivolous
and without merit. We find nothing in the record that might arguably support the appeal. Counsel's
motion to withdraw is granted.

 The judgment of conviction is affirmed.



 _____________________________________________

 Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Affirmed

Filed: August 21, 2008

Do Not Publish